FILED
3/14/2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: CO
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

**Case No: 4:24-CR-00046**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff,**<br>**v.**<br>[redacted]<br>**(3) JUAN RAMON LOPEZ, and**<br>**(4) LUIS DARIO URIAS,**<br>**Defendants.** | **S E A L E D**<br>**INDICTMENT**<br>**COUNT 1: 18 U.S.C. § 554, Smuggling Goods from the United States**<br>**COUNT 2: 18 U.S.C. § 933, Firearms Trafficking**<br>**COUNT 3: 18 U.S.C. § 932, Straw Purchase of Firearms**<br>**COUNT 4: 18 U.S.C. § 922(a)(1)(A), Dealing in Firearms Without a License**<br>**COUNTS 5-6: 18 U.S.C. § 924(a)(1)(A), False Statement During Purchase of a Firearm**<br>**COUNTS 7-8: 18 U.S.C. § 922(a)(6), False Statement During Purchase of a Firearm**<br>***Notice of Government's Demand for Forfeiture*** |

[redacted]

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(18 U.S.C. §§ 554, 371)**

**INTRODUCTION**

Firearms are defense articles described in Category 1(a) of the United States Munitions List contained in Title 22, Code of Federal Regulations, Section 121.1. Under 22 U.S.C. § 2778, an individual may export or attempt to export defense articles out of the United States only if he or she has received a license or written approval from the Department of State.

Beginning on or about February 12, 2022, and continuing until on or about October 27, 2022, in the Western District of Texas and the Republic of Mexico, Defendants,

[redacted]
**(3) JUAN RAMON LOPEZ, and**
**(4) LUIS DARIO URIAS,**

and others known and unknown to the grand jury, knowingly and willfully did combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, to commit the following offenses against the United States, that is, knowingly and unlawfully conceal, buy, and facilitate the transportation and concealment of any merchandise, article and object, prior to exportation, knowing the same to be intended for exportation from the United States, contrary to any law or regulation of the United States, to-wit: a large number of firearms, all in violation of Title 18, United States Code, Section 554.

**OVERT ACTS**

One or more of the Defendants committed at least one of the following overt acts in furtherance of the conspiracy:

1. On or about February 12, 2022, [redacted] purchased a Fabrique Nationale, SCAR 17S, 7.62x51 caliber, rifle, serial number H1C11026
2. On or about March 23, 2022, [redacted] purchased a Fabrique Nationale, FNX-45, .45 caliber handgun, serial number FX3U036095
3. On or about March 25, 2022, [redacted] purchased a Tommy Built Tactical, TB35CP, 5.56mm handgun, serial number 20-001804
4. On or about April 11, 2022, [redacted] purchased a Browning, 1919A4, .308 caliber rifle, S/N: 070891
5. On or about April 28, 2022, [redacted] purchased a Fabrique Nationale, M249S, 5.56mm rifle, serial number M249SA07842

6. On or about May 12, 2022, [redacted] purchased an Ohio Ordinance works, M240SLR, 7.62x51mm rifle, serial number 240762
7. On or about May 20, 2022, [redacted] purchased a Fabrique Nationale, M249S, 5.56mm rifle, serial number M249SA02580
8. On or about May 25, 2022, [redacted] purchased an IWI, Tavor SAR, 5.56mm rifle, serial number T0002380
9. On or about June 3, 2022, [redacted] purchased a Charter Arms, Undercover, .38 Spc. serial number 21L14629
10. On or about June 3, 2022, [redacted] purchased an Ohio Ordinance, M2-SLR, .50BMG caliber Rifle, serial number 850204
11. On or about June 6, 2022, [redacted] purchased a Tommy Built Tactical, TB35CP, 5.56mm handgun, serial number 20002088
12. On or about June 16, 2022, [redacted] purchased a Savage, Rascal, .22 caliber rifle, serial number 4033890
13. On or about June 16, 2022, [redacted] purchased an Ohio Ordinance Works, M240-SLR, 7.62x51mm rifle, serial number 240648
14. On or about June 28, 2022, [redacted] purchased a Fabrique Nationale America, FN509MT, 9mm handgun, serial number GKS0270276
15. On or about June 28, 2022, [redacted] purchased a Fabrique Nationale America, M249s, 5.56mm rifle serial number M249SA07751
16. On or about June 28, 2022, [redacted] purchased a Fabrique Nationale America, M249s, 5.56mm rifle serial number M249SA07853
17. On or about June 30, 2022, [redacted] purchased a Barrett, 82A1, .50 BMG caliber rifle, serial number AA014370
18. On or about July 5, 2022, [redacted] ordered an Ohio Ordinance, M2-SLR, .50BMG caliber Rifle, serial number 850242
19. On or about July 7, 2022, [redacted] purchased a Beretta, M9A4, 9mm handgun, serial number: BER823148
20. On or about July 7, 2022, [redacted] purchased an Ohio Ordinace Works, M240-SLR, 7.62x51mm rifle serial number 240516
21. On or about July 18, 2022, [redacted] purchased a Sig Sauer, P320 M-18, 9mm handgun, serial number M18-4265

22. On or about July 18, 2022, [redacted] purchased a Beretta, 92X, 9mm handgun, serial number BST24539

23. On or about July 18, 2022, [redacted] purchased an Ohio Ordinance Works, M240-SLR, 7.62x51mm rifle, serial number 240799

24. On or about July 18, 2022, [redacted] purchased a Fabrique Nationale America, M249s, 5.56mm rifle serial number M249SA07323

25. On or about July 21, 2022, [redacted] purchased a Fabrique Nationale, model SCAR 17s, .308 caliber rifle, serial number H1C10746

26. On or about August 23, 2022, [redacted] purchased a Radical Firearms RF-15, 5.56mm rifle, serial number 2-063611

27. On or about September 3, 2022, [redacted] purchased a Fabrique Nationale M249S, 5.56mm rifle, serial number M249SH05682

28. On or about September 3, 2022, URIAS purchased a Radical Firearms RF-15, 5.56mm rifle, serial number 2-061608

29. On or about September 8, 2022, [redacted] ordered a Fabrique Nationale M249S, 5.56mm rifle from a federal firearms licensee

30. On or about September 16, 2022, URIAS purchased a Fabrique Nationale M249S, 5.56 caliber rifle, serial number M249SA05823

31. On or about October 9, 2022, [redacted] and URIAS smuggled two rifles into Mexico from the United States

32. On or about September 16, 2022, [redacted] by text message communication advised LOPEZ to remove the serial numbers on three items. LOPEZ responded that the items were under his bed

33. On or about September 24, 2022, [redacted] and LOPEZ communicated by text and voice messages concerning the number and type of firearms LOPEZ was hiding for [redacted], arrangements to pay LOPEZ, and the amount to pay LOPEZ.

**COUNT TWO**
**(18 U.S.C. § 933(a)(1), § 933(a)(3))**

Beginning on or about June 25, 2022, and continuing until on or about October 27, 2022, in the Western District of Texas, defendants,

[redacted]

[redacted]
**(3) JUAN RAMON LOPEZ, and**
**(4) LUIS DARIO URIAS**

did knowingly conspire and agree with persons known and unknown to the grand jurors to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms, including, but not limited to, the following:

1. Fabrique Nationale America, FN509MT, 9mm handgun, serial number GKS0270276
2. Fabrique Nationale America, M249s, 5.56mm rifle serial number M249SA07751
3. Fabrique Nationale America, M249s, 5.56mm rifle serial number M249SA07853
4. Barrett, 82A1, .50 BMG caliber rifle, serial number AA014370
5. Ohio Ordinance, M2-SLR, .50BMG caliber Rifle, serial number 850242
6. Beretta, M9A4, 9mm handgun, serial number: BER823148
7. Ohio Ordinace Works, M240-SLR, 7.62x51mm rifle serial number 240516
8. Sig Sauer, P320 M-18, 9mm handgun, serial number M18-4265
9. Beretta, 92X, 9mm handgun, serial number BST24539
10. Ohio Ordinance Works, M240-SLR, 7.62x51mm rifle, serial number 240799
11. Fabrique Nationale America, M249s, 5.56mm rifle serial number M249SA07323
12. Fabrique Nationale, model SCAR 17s, .308 caliber rifle, serial number H1C10746.
13. Radical Firearms RF-15, 5.56mm rifle, serial number 2-063611
14. Fabrique Nationale M249S, 5.56mm rifle, serial number M249SH05682.
15. Radical Firearms RF-15, 5.56mm rifle, serial number 2-061608.
16. Fabrique Nationale M249S, 5.56mm rifle from a federal firearms licensee.
17. Fabrique Nationale M249S, 5.56 caliber rifle, serial number M249SA05823.

to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient

would constitute a felony (as defined in section 932(a)), in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

**COUNT THREE**

**(18 U.S.C. § 932(b)(2), (c)(1))**

Beginning on or about June 25, 2022, and continuing until on or about October 27, 2022, in the Western District of Texas, defendants,

[redacted]

**(4) LUIS DARIO URIAS,**

did knowingly purchase, or conspire to purchase, firearms including, but not limited to, the following:

1. Fabrique Nationale America, FN509MT, 9mm handgun, serial number GKS0270276
2. Fabrique Nationale America, M249s, 5.56mm rifle serial number M249SA0775
3. Fabrique Nationale America, M249s, 5.56mm rifle serial number M249SA07853
4. Barrett, 82A1, .50 BMG caliber rifle, serial number AA014370
5. Ohio Ordinance, M2-SLR, .50BMG caliber Rifle, serial number 850242
6. Beretta, M9A4, 9mm handgun, serial number: BER823148
7. Ohio Ordinace Works, M240-SLR, 7.62x51mm rifle serial number 240516
8. Sig Sauer, P320 M-18, 9mm handgun, serial number M18-4265
9. Beretta, 92X, 9mm handgun, serial number BST24539
10. Ohio Ordinance Works, M240-SLR, 7.62x51mm rifle, serial number 240799
11. Fabrique Nationale America, M249s, 5.56mm rifle serial number M249SA07323
12. Fabrique Nationale, model SCAR 17s, .308 caliber rifle, serial number H1C10746.
13. Radical Firearms RF-15, 5.56mm rifle, serial number 2-063611
14. Fabrique Nationale M249S, 5.56mm rifle, serial number M249SH05682.
15. Radical Firearms RF-15, 5.56mm rifle, serial number 2-061608.

16. Fabrique Nationale M249S, 5.56mm rifle from a federal firearms licensee.
17. Fabrique Nationale M249S, 5.56 caliber rifle, serial number M249SA05823.

in or otherwise affecting interstate or foreign commerce, for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intended to use, carry, possess, or sell or otherwise dispose of the firearms in furtherance of a felony, to wit: smuggling the firearms from the United States into the Republic of Mexico in violation of Title 18, United States Code, Section 554, all in violation of Title 18, United States Code, Section 932 (b)(2), (c)(1).

**<u>COUNT FOUR</u>**
**(18 U.S.C. § 922(a)(1)(A))**

From on or about February 12, 2022 through on or about July 21, 2022, in the Western District of Texas, and elsewhere,

[redacted]

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code , did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A).

**<u>COUNT FIVE</u>**
**(18 U.S.C. § 924(a)(1)(A))**

On or about August 23, 2022, in the Western District of Texas,

[redacted]

knowingly made a false statement and representation to FFL 1, a person licensed under the provisions of Chapter 44 of Title 18 United States Code, with respect to information required by

the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL 1 in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 and provided a false address in violation of Title 18, United States Code, Section 924 (a)(1)(A).

**COUNT SIX**
**(18 U.S.C. § 924(a)(1)(A))**

On or about September 3, 2022, in the Western District of Texas,

[redacted]

knowingly made a false statement and representation to FFL 1, a person licensed under the provisions of Chapter 44 of Title 18 United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL 1 in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 and provided a false address false address in violation of Title 18, United States Code, Section 924 (a)(1)(A).

**COUNT SEVEN**
**(18 U.S.C. §§ 922(a)(6), 922(a)(4))**

On or about September 3, 2022 in the Western District of Texas, the defendant,

**(4) LUIS DARIO URIAS,**

in connection with the acquisition of a firearm, to wit: a Radical Firearms RF-15, 5.56mm rifle, serial number 2-061608, from FFL 1, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to FFL 1 which statement was intended and likely to deceive FFL 1 as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant

represented himself to be the actual transferee/buyer of the firearm, in violation of Title 18 United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT EIGHT**
**(18 U.S.C. §§ 922(a)(6), 922(a)(4))**

On or about September 16, 2022 in the Western District of Texas, the defendant,

**(4) LUIS DARIO URIAS,**

in connection with the acquisition of a firearm, to wit: a Fabrique Nationale M249S, 5.56 caliber rifle, serial number M249SA05823, from FFL 1, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to FFL 1 which statement was intended and likely to deceive FFL 1 as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented himself to be the actual transferee/buyer of the firearm, in violation of Title 18 United States Code, Sections 922(a)(6) and 924(a)(2).

**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE**
**[*See* Fed. R. Crim. P. 32.2]**

**Smuggling Goods from the United States Violation and Forfeiture Statutes**
**[Title 18 U.S.C. §§ 371 and 554, subject to forfeiture pursuant to Title 18 U.S.C. § 981(a)(1)(C) and Title 19 U.S.C. § 1595a(d), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth in Count One, the United States of America gives notice to Defendants [redacted] **(3) JUAN RAMON LOPEZ, and (4) LUIS DARIO URIAS** of its intent to seek the forfeiture of certain property upon conviction and pursuant to FED. R. CRIM. P. 32.2, Title 18 U.S.C. § 981(a)(1)(C) and Title 19 U.S.C. § 1595a(d), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which state:

**Title 18 U.S.C. § 981. Civil Forfeiture**
(a)(1) The following property is subject to forfeiture to the United States:
***
(C) Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation. . . of this title or any offense constituting "specified unlawful activity" (as defined in section 1 956(c)(7) of this title), or a conspiracy to commit such offense.

**Title 19 U.S.C. § 1595a. Forfeiture and other penalties**
* **
**(d) Merchandise exported contrary to law**
Merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be seized and forfeited to the United States.

**II.**
**Trafficking and Straw Purchase of Firearms Violation and Forfeiture Statutes**
**[Title 18 U.S.C. §§ 933(a)(1) and (a)(3), and 932(b)(2) and (c)(1), subject to forfeiture pursuant to Title 18 U.S.C. §§ 934(a)(1)(A) and (B)]**

As a result of the foregoing criminal violations set forth in Counts Two and Three, the United States of America gives notice to Defendants [redacted] **(3) JUAN RAMON LOPEZ, and (4) LUIS DARIO URIAS** of its intent to seek the forfeiture of certain property upon conviction and pursuant to FED. R. CRIM. P. 32.2, Title 18 U.S.C. §§ 934(a)(1)(A) and (B), which state:

**Title 18 U.S.C. § 934. Forfeiture**
**(a) Forfeiture.**
**(1)** In General.—Any person convicted of a violation of section 932 or 933 shall forfeit to the United States, irrespective of any provision of State law—
**(A)** any property, constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and
**(B)** any of the person's property used, or intended to be used, in any manner o part, to commit, or to facilitate the commission of, such violation, except that for any forfeiture of any firearm or ammunition pursuant to this section, section 924(d) shall apply.

**III.**
**False Statement During Purchase of a Firearm Violation and Forfeiture Statutes**
**[Title 18 U.S.C. §§ 922(a)(1)(A), (a)(6) and (a)(4) and 924(a)(1)(A), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violations set forth in Counts Four through Eight, the United States gives notice to the Defendants [redacted] **(4) LUIS DARIO URIAS** of its intent to seek forfeiture of certain property upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

> **Title 18 U.S.C. § 924.**
> * * *
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922, or knowing importation or bringing into the United States or any possession thereof any firearm or ammunition in violation of section 922(*l*), or knowing violation of section 924, shall be subject to seizure and forfeiture under the provisions of this chapter. . .

The Notice of Demand of Forfeiture includes but is not limited to the money judgment in Paragraph IV.

**IV.**
**Money Judgment**

A sum of money that represents the amount of proceeds obtained, directly or indirectly, property involved in such offense, or traceable to such property as a result of the violations set forth in Counts One through Three for which Defendants [redacted] **(3) JUAN RAMON LOPEZ, and (4) LUIS DARIO URIAS** are individually liable.

**Substitute Assets**

If any forfeitable property, as a result of any act or omission of the Defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property, up to the value of said money judgment, as substitute assets pursuant to Title 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e)(1).

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY:

[signature]

ASSISTANT U.S. ATTORNEY